JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK T. CONNER, an individual, | Case No. 8:24-cv-02391-JWH-JDEx |
| Plaintiff, | **JUDGMENT** |
| v. | |
| VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation, and DOES 1 through 10, inclusive, | |
| Defendant. | |

Pursuant to the Scheduling Notice and Order [ECF No. 20] entered on or about August 29, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 4, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE